# Court of Appeals, State of Michigan

## ORDER

People of MI v Larry Deshawn Lee

Docket No.    333664

LC No.    06-000987-FH; 06-000988-FH

Michael J. Kelly
Presiding Judge

Amy Ronayne Krause

Mark T. Boonstra

Judges

The Court orders that the November 14, 2017 opinion is hereby AMENDED to correct a clerical error. On page two, last paragraph, the first sentence is amended to read: Defendant attempted to address the court about "representation" at the conclusion of an evidentiary hearing on October 13, 2006.

In all other respects, the November 14, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 18 2017
_____
Date

_____
Chief Clerk